UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JEFFREY LEE DAVIS,

       Plaintiff,

v.                            Civil Action No. 2:18-CV-987

MOUNT OLIVE CORRECTIONAL COMPLEX,

       Defendant.

## MEMORANDUM OPINION AND ORDER

       The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley on November 28, 2018; and the magistrate judge having recommended that this matter be dismissed for failure to prosecute and that plaintiff's application to proceed without prepayment of fees and costs be denied as moot; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and hereby are, adopted by the court and incorporated herein.

       Accordingly, it is ORDERED that the plaintiff's complaint be, and hereby is, dismissed.

The Clerk is directed to forward copies of this written opinion and order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

ENTER: February 19, 2019

John T. Copenhaver, Jr.
Senior United States District Judge